June D. Coleman (SBN 191890)
MESSER STRICKLER, LTD.
5960 South land Park Drive #1059
Sacramento, CA 95822
(916) 502-1768 (direct)
((312) 334-3473 (fax)
jcoleman@messerstrickler.com

Attorney for Defendant
VAN RU CREDIT CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN SPIES, <br><br> Plaintiff, <br><br> vs. <br><br> VAN RU CREDIT CORPORATION, <br><br> Defendants. | CASE NO. 2:20-cv-00341-TLN-CKD <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties had previously agreed to a 28-day extension to respond to the Complaint, which was served on February 24. Based on this agreement, the response would then be due on April 13, 2020. Defendant, Van Ru Credit Corporation, through its undersigned counsel, needs additional time to prepare a response because Van Ru Credit Corporation is no longer operational, its records are archived in Chicago, IL, the records can only be accessed by going into the office in Chicago, and Illinois is currently under a stay at home order due to the COVID 19 pandemic. Given the projections regarding the course of COVID 19 in the United

States, Defendant hopes that it will be able to access its records and respond to the Complaint by mid-July. Based on this, the parties have agreed to extend the time to respond by an additional 90 days to July 13.

Given this Stipulation, signed by the counsel for the parties, the parties respectfully request that this Court permit Defendant to respond to the Complaint by July 13, 2020, in accordance with Local Rules 143 and 230(f) of the Eastern District of California.

DATED: April 8, 2020                     MESSER STRICKLER, LTD.

                                         By:    /s/ June D. Coleman
                                                    June D. Coleman
                                                    Attorney for Defendant
                                                    VAN RU CREDIT CORPORATION

DATED: April 8, 2020                     KIMMEL & SILVERMAN, P.C.

                                         By:    /s/ Joseph C. Hoeffel
                                                    Joseph C. Hoeffel
                                                    Attorney for Plaintiff
                                                    WARREN SPIES

IT IS SO ORDERED

DATED: April 8, 2020

_____
Troy L. Nunley
United States District Judge